IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAMES ANDERSON,

    Plaintiff

v.                                            C.A. No.: 5:21-cv-938-OLG

K&M CONSULTING, INC.,
D/B/A FIDELIS PLUMBING INC.,
and MARVAN DAVIS,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff hereby gives notice that the above-captioned matter has been settled.

Plaintiff requests that the parties be allowed 30 days to filed dismissal documents.

    Dated March 4, 2022.

                                  */s/ Charles L. Scalise*
                                  **CHARLES L. SCALISE**
                                  Texas Bar No. 24064621
                                  **ROSS • SCALISE LAW GROUP**
                                  Texas Bar No. 00789810
                                  1104 San Antonio St.
                                  Austin, Texas 78701
                                  Ph:   800-634-8042
                                  Ph:   512-474-7677
                                  Fax:  512-474-5306
                                  charles@rosslawgroup.com

                                  **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 4, 2022, true and correct copy of the foregoing was served via electronic the Court's CM/ECF Electronic Filing System, which will send an electronic copy to all counsel of record.

                                    */s/ Charles L. Scalise*
                                    **CHARLES L. SCALISE**