**FILED**
March 28, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAMES ANDERSON,

    Plaintiff

v.                                        C.A. No.: 5:21-cv-938-OLG

K&M CONSULTING, INC.,
D/B/A FIDELIS PLUMBING INC.,
and MARVAN DAVIS,

    Defendants.

_____/

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

On this day, came on to be heard the Joint Stipulation for Dismissal with Prejudice filed by the Parties.

IT IS ORDERED, that all claims asserted or that could have been asserted by and among Plaintiff, JAMES ANDERSON, and Defendants, K&M CONSULTING, INC., D/B/A FIDELIS PLUMBING INC., and MARVAN DAVIS, in this action are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs.

Signed this \_\_\_\_28th\_\_\_\_ day of \_\_\_\_March\_\_\_\_, 2022.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE